**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FRANK S. CAMMARATA, as successor to MHP II Corporation, doing business as CAMMARATA ASSOCIATES,

Plaintiff,

v.

KELLY CAPITAL LLC and MICHAEL R. KELLY,

Defendants.

1:16-cv-00322-NLH-AMD

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 14th day of October, 2016

ORDERED that the MOTION to Dismiss Plaintiff's Second Amended Complaint by MICHAEL R. KELLY, KELLY CAPITAL LLC [9] be, and the same hereby is, GRANTED; and it is further

ORDERED that the Cross MOTION for Leave to File Amended Pleading by FRANK S. CAMMARATA [14] be, and the same hereby is, DENIED AS MOOT.

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey