DENTONS US LLP
101 JFK Parkway, Fourth Floor
Short Hills, New Jersey 07078
Shawn L. Kelly, Esq. (SK7912)
shawn.kelly@dentons.com
Jonathan D. Henry, Esq. (JH9652)
jonathan.henry@dentons.com
(973) 912-7100
Attorneys for Defendants
Kelly Capital LLC and Michael R. Kelly

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| FRANK S. CAMMARATA, d/b/a CAMMARATA ASSOCIATES, as successor to MHP II CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KELLY CAPITAL LLC and MICHAEL R. KELLY,<br><br>Defendants. | CASE NO.: 1:16-cv-00322-NLH-AMD<br><br>**ORDER SEALING MATERIALS PURSUANT TO LOCAL CIVIL RULE <u>5.3(c)</u>** |

**THIS MATTER** having been brought before the Court by Dentons US LLP ("Dentons"), as counsel for Defendants Kelly Capital LLC and Michael R. Kelly (collectively "Defendants"), for the entry of an Order pursuant to Local Civil Rule 5.3(c), sealing confidential materials submitted in connection with Defendants' Motion for Attorney's Fees pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Civil Rule 54.1, and the Court having considered the application in support thereof, and any opposition thereto, if any, and having heard oral argument, if any, and for other good cause having been shown, and the Court having found that:

Case 1:16-cv-00322-NLH-AMD Document 24-5 Filed 11/14/16 Page 2 of 2 PageID: 538

1. The materials that are subject to this Motion to Seal are attorney's narrative descriptions in Dentons' legal invoices in this matter;

2. Dentons has demonstrated a legitimate public and private interest warranting the relief sought;

3. But for the granting of this Motion to Seal Materials, a clearly defined injury will result to Defendants and/or Dentons; and

4. A less restrictive alternative to the relief sought is not available; and thus,

**IT IS ON THIS** 26th day of April, 2017,

**ORDERED** that Defendants' Motion to Seal Materials pursuant to Local Civil Rule 5.3(c) is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Dentons' legal invoices, attached as Exhibit A to the Certification of Shawn L. Kelly, Esq. submitted in support of this Motion to Seal, be, and are, hereby sealed.

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.